IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GROVER LEROY POWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:11-cv-720-MEF |
| | ) |
| ANDY R. HUGES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

On January 13, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 24). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that the motion for voluntary dismissal of the complaint (Doc. No. 23) is GRANTED and that this case be DISMISSED without prejudice.

DONE this the 16th day of February, 2012.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE